# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Ruth Cleek

                             Plaintiff,

v.                                                          Case No.: 1:08−cv−07421
                                                             Honorable Joan H. Lefkow

Sunrise Senior Living, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 9/10/2009. It is reported that this case has settled. Plaintiff's oral motion to dismiss is granted. Case dismissed with prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.